Parnell Colvin III
6681 Tara Ave
Las Vegas, Nv 89146
(503) 490-6564

```
FILED              RECEIVED
ENTERED            SERVED ON
         COUNSEL/PARTIES OF RECORD

         AUG 15 2019

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

IN THE UNITED STAES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Parnell Colvin III ) | **2:19-cv-01403-KJD-VCF** |
| Plaintiff, ) | |
| VS, ) | |
| AHP REALITY LLC, & ) Qingwen Kong ) | COMPLAINT |
| Defendants ) | |

### Jurisdiction

The case originated Nevada State Court, This court has jurisdiction under Title 28 U.S.C., Section 1441,To remove case from state court to federal court.

### Complaint

Plaintiff Parnell Colvin filed bankruptcy on July 18, 2019 and listed ( AHP REALITY LLC) as creditors. The filing of my bankruptcy case automatically stay in place from collections and provide protections against creditors.Notice of bankruptcy case filing Please see exhibit (1). On July 12, 2019 AHP REALITY LLC, served me a 7 Day Notice,Please see exhibit (2).

On July 19,2019 I filed an answer in Nevada State Justice Court to the 7 day notice. Along with my answer I submitted the document notice of bankruptcy case filing case No. 19-14597-MKN.

1  Parnell Colvin stated in his answer " Tenant has filed bankruptcy on 7/18/2019 and added
2  the landlord AHP REALITY LLC, as creditors. Which means this court dose not have jurisdiction
3  to hear this matter also in my answer is a certificate of mailing to AHP REALITY LLC, please see
4  exhibit (3). On July 29, 2019 Parnell Colvin was at work when he recieved an emergecy call and
5  texts stating that there was an order of summery eviction that was posted on the gate by the
6  constable. Stating the eviction/ lock out would take place on July 30, 2019. Order of summery
7  eviction please exhibit (4).
8
9  Parnell Colvin left work early and once I got home I contacted Justice court . I asked the clerk how
10 can the judge sign off on a  order summery eviction when I never had a court hearing and the
11 landlord / creditor never obtained a order from bankrupcty court granting permission to proceed
12 in justice court. After informing justice court that the judge violated the law of the protections of
13 the automatic stay that is in place which prohibited the justice court from making a ruling on
14 case number ( 19E016541).
15
16
17 Parnell Colvin decided after not getting any clear answers from justice court Parnell Colvin
18 went to the constable office on July 29,2019 explained to them that this is a bankrupcty case.
19 That the judge violated the law by ordering a summery of eviction when the proper bankruptcy
20 procedures were not follwed. The constable looked at my answer that I had filed with justice
21 court and seen I had a notice of bankruptcy filing.Constable then called over to justice court
22 to inform them that there is a notice of bankrutpcy filing and they cant do a eviction/ lockout.
23
24 Justice Court resended the order for summery eviction case number ( 19E016541) and put it
25 back on docket notice to appear Please see exhibit (5). At the court hearing August 7,2019
26 the judge again continues to violate federal law and my due process rights. The judge has again
27 set another hearing date set for August 19,2019 which continues to violate federal law and my
   constitutional rights and due process.
28

Demand

Parnell Colvin is requstion that this court removes case number (19E016541) from justice court to federal court so my rights want continue to be violated by state court. Do to justice court and the defendants not following the proper procedures I am requesting federal court to dismiss the state eviction case number (19E016541).

Dated: August 14,2019

Parnell Colvin III
6681 Tara Ave
Las Vega , Nv 89146
(503) 490-6564



Exhibit (1)

United States Bankruptcy Court
District of Nevada

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/18/2019 at 3:33 PM and filed on 07/18/2019.

PARNELL COLVIN, III
6681 TARA AVE.
LAS VEGAS, NV 89146
SSN / ITIN: xxx-xx-0590



The bankruptcy trustee is:

BRIAN D. SHAPIRO
510 S. 8TH STREET
LAS VEGAS, NV 89101

19-14597-BTB

(702) 386-8600

The case was assigned case number 19-14597-btb to Judge BRUCE T. BEESLEY.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Las Vegas Blvd., South, Las Vegas, NV 89101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Mary A. Schott
Clerk, U.S. Bankruptcy
Court


Exhibit (2)


LVJC **24466**

# SEVEN-DAY NOTICE TO PAY RENT OR QUIT
## (NRS 40.253)

TO: Colvin & Monique Parnell And All Occupants
*Tenant(s) Name(s)*

6681 Tara Ave
*Address*

Las Vegas, Nevada 89146
*City, State, Zip Code*

FROM: AHP Realty, LLC
*Business Name*

Vivian Mao/Jun Fang Chen
*Agent(s) Name*

6292 Spring Mountain Rd
*Address*

Las Vegas, Nevada 89146
*City, State, Zip Code*

702-302-1530
*Telephone Number*

Owner: Qingwen Kong

**DATE OF SERVICE:** 7/12/19

PLEASE TAKE NOTICE that you are in default in payment of rent for the above-described premises for the period *insert beginning date covered by rent due* 7/1/19 to *(insert ending date covered by rent due)* 7/31/19. You are in default in the amount of:

Rent: *(the periodic rent times the number of periods in default)* $ 2600
Late fees: *(cannot be in excess of 5% of the periodic rent)* $ 130
Total owed: *(add above two lines--the rent owed plus late fees owed)* $ 2730

Your failure to pay rent or vacate the premises before the close of business on the seventh (7th) judicial day[1] following the Date of Service of this notice may result in your landlord applying to the Justice Court for an eviction order. If the court determines that you are guilty of an unlawful detainer, the court may issue a summary order for your removal or an order providing for your nonadmittance, directing the sheriff or constable to post the order in a conspicuous place on the premises not later than 24 hours after the order is received by the sheriff or constable. The sheriff or constable shall then remove you not earlier than 24 hours but not later than 36 hours after the posting of the order. Pursuant to NRS 118A.390, you may seek relief if a landlord unlawfully removes you from the premises, or excludes you by blocking or attempting to block your entry upon the premises, or willfully interrupts or causes or permits the interruption of an essential service required by the rental agreement or chapter 118A of the Nevada Revised Statutes.

**YOU ARE HEREBY ADVISED OF YOUR RIGHT TO CONTEST THIS NOTICE** by filing an Affidavit no later than by the close of business[2] on the seventh (7th) judicial day following the Date of Service of this notice, with the Justice Court for the city of *(insert name of city where property is located)* Las Vegas, stating that you have tendered payment or are not in default of rent. The Justice Court is located at *(insert Justice Court's address)*:

KK503

200 Lewis Ave
Las Vegas, NV 89101

**YOU CAN OBTAIN AN AFFIDAVIT FORM AND INFORMATION** at the Civil Law Self-Help Center, located at the Regional Justice Center, downtown Las Vegas, or on its website, www.CivilLawSelfHelpCenter.org.

## DECLARATION OF SERVICE

JUN 12 2019

On *(insert date of service)* _____, I served this notice in the following manner *(check only one)*:

☐ By delivering a copy to the tenant(s) personally.

☐ Because the tenant(s) was absent from tenant's place of residence, by leaving a copy with *(insert name or physical description of person served)* _____, a person of suitable age and discretion, AND mailing a copy to the tenant(s) at tenant's place of residence.

☑ Because neither tenant nor a person of suitable age or discretion could be found there, by posting a copy in a conspicuous place on the property, AND mailing a copy to the tenant(s) at the place where the property is situated.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

**A. Longo P# 9583**

*(Date)*   *(Server's Name)*   *(Server's Badge/License #)*   *(Server's Signature)*

---

[1] Judicial days do not include the date of service, weekends, or certain legal holidays.
[2] The close of business varies between the courthouses, so make sure to check the business days and hours for the Justice Court listed above.
A server who does not have a badge or license number may be an agent of an attorney licensed in Nevada. Notices served by agents must also include an attorney declaration as proof of service.

2019 Civil Law Self-Help Center

N

1 of Exhibit 3
Pg. 1-9

Print this page

# Envelope 4623887

**Case Information**
Location
Date Filed
Case Number
Case Description
Assigned to Judge
Attorney
Firm Name
Filed By

is your responsibility to know the status of your filing. t this time your documents have been submitted, but iis does not guarantee that they will be accepted by the ourt. If you do not receive a communication within 48 ours updating you with the status of your filing, please ieck on line or call the number listed below. Justice ourt, Las Vegas Township Online Search:
ww.lasvegasjusticecourt.us
uestions: (702)671-3478

**Fees**
| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Total Taxes (for non-court fees) | $0.00 |
| Grand Total | $0.00 |

**Payment**
| | |
|---|---|
| Account Name | Waiver |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

---

**AFFW - Application to Proceed in Forma Pauperis/Fee Waiver Req**

Filing Type
　　　　　　　　　　EFile
Filing Code
　　　　　　　　　　AFFW - Application to Proceed in Forma Pauperis/Fee Waiver Req
Filing Description
Reference Number
　　　　　　　　　　Application to Proceed in Forma Pauperis
Comments
Courtesy Copies
　　　　　　　　　　pc681@yahoo.com
Status
　　　　　　　　　　Submitting

2 of Exhibit 3

**Fees**
Court Fee                                           $0.00
Service Fee                                         $0.00
**Documents**
*Lead Document*          ifp tenant answer colvin.pdf                [Original]

**Associated Parties**
Party/Business Name
Parnell Colvin

## CVSETA - Summary Eviction Tenant Answer
Filing Type                          EFile
Filing Code                          CVSETA - Summary Eviction Tenant Answer
Filing Description                   Summary Eviction Tenant Answer
Reference Number
Comments
Courtesy Copies                      pc681@yahoo.com
Status                               Submitting
**Fees**
Court Fee                                           $0.00
Service Fee                                         $0.00
**Documents**
*Lead Document*          tenant answer colvin.pdf                    [Original]

**Associated Parties**
Party/Business Name
Parnell Colvin

## AFFW - Application to Proceed in Forma Pauperis/Fee Waiver Req
Filing Type                          EFile
Filing Code                          AFFW - Application to Proceed in Forma Pauperis/Fee Waiver Req
Filing Description                   Notice of Bankruptcy Action

3 of Exhibit 3

| | |
|---|---|
| Reference Number | |
| Comments | |
| Courtesy Copies | pc681@yahoo.com |
| Status | Submitting |

**Fees**

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

**Documents**

*Lead Document*    notice of bk action .pdf          [Original]

**Associated Parties**

Party/Business Name
Parnell Colvin

4 of Exhibit 3

| JUSTICE COURT, LAS VEGAS TOWNSHIP<br>**Clark County, Nevada** | Case No. _____ |
|---|---|
| Name of Plaintiff(s)/Landlord<br>AHP REALTY LLC | Department No. _____ |
| **VERSUS** | **APPLICATION<br>TO PROCEED<br>IN FORMA PAUPERIS** |
| Name of Defendant(s)/Tenant(s)<br>PARNELL COLVIN | |

PARNELL COLVIN
*(Applicant's Name)*
6681 TARA AVE
*(Applicant's Street Address)*
LAS VEGAS, NEVADA   89146
*(Applicant's City, State, and Zip Code)*

_____
*(Applicant's Phone Number)*
PC681@YAHOO.COM
*(Applicant's Email)*

I am unable to pay the costs of prosecuting or defending this action. I am requesting, pursuant to NRS 65.040 and NRS 12.015, to proceed without paying costs or fees, based on the following:

1. I receive ☐ food stamp assistance ☐ Temporary Assistance for Needy Families (TANF) ☐ Medicaid ☐ Low-Income Energy assistance ☐ Program for Child Care & Development assistance ☐ assistance from another public welfare program administered by the Division of Health Care Financing and Policy ☐ assistance for public housing.

*If you checked any of the boxes in Question 1, skip Questions 2 & 3, and proceed to the signature box.*

2. Including myself, there are  2  adults and  4  children in my household.

3. My monthly income *after taxes, (include income from employment, unemployment compensation, workers' compensation, child support, and Social Security)* is as follows: $ 0 .

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.
Signature: _____
Name: PARNELL COLVIN
Date: JULY 19, 2019

© Civil Law Self-Help Center
Rev. 5/3/17

JUSTICE COURT, TOWNSHIP OF <u>LAS VEGAS</u>
CLARK COUNTY, NEVADA

| | |
|---|---|
| Landlord's Name: AHP REALATY LLC | |
| Landlord, vs. | Case No.: _____ Dept No.: _____ |
| Tenant's Name: PARNELL COLVIN<br>Address: 6681 TARA AVE<br>City,State,Zip: LAS VEGAS, NEVADA 89146<br>Phone:<br>E-Mail: PC681@YAHOO.COM | |
| Tenant. | **TENANT'S AFFIDAVIT IN OPPOSITION TO SUMMARY EVICTION REGARDING NONPAYMENT OF RENT** |

Tenant, appearing in proper person, contests this matter pursuant to NRS 40.253 and states as follows:

1. I am the tenant of the rental unit located at *(insert complete address of rental unit, including city, state and zip)*: 6681 TARA AVE , LAS VEGAS, NV 89146 .

2. My rent *(check one box)* ☐ is/ ■ is not subsidized by a public housing authority or governmental agency.

3. I received a seven-day notice (or five-day notice because I am a commercial tenant) stating that I owe rent. I disagree with this notice for the following reasons *(check all that apply and provide your written explanation at end of this section)*:

    ☐ I paid my rent in full.

    ☐ I offered to pay my rent, but Landlord refused to accept it.

    ☐ Landlord accepted partial payment of my rent.

    ☐ The amount Landlord is demanding in the notice includes costs or fees that are not periodic rent or late fees.

    ☐ Landlord is charging an unreasonable late fee, or a late fee that exceeds 5% of the amount of the periodic rent.

    ☐ *(To raise this defense you must deposit your rent into the court's rent escrow account.)* I gave Landlord written notice describing Landlord's failure to maintain my rental unit in a habitable condition. Landlord did not fix, or make a reasonable effort to fix, the habitability problem within 14 days after my notice. So I am withholding payment of rent.

    ☐ *(To raise this defense your rent must have been current at the time you gave written notice to Landlord.)* I gave Landlord written notice of an "essential services" problem at my rental unit (heat, air conditioning, running or hot water, electricity, gas, a working door lock, or other essential item or service). Landlord did not fix, or make a reasonable effort to fix, the problem within 48 hours after my notice. So I am withholding payment of rent.

    ☐ I corrected a habitability problem at my rental unit and am deducting the cost from my rent after giving Landlord an itemized statement. I gave Landlord written notice of the habitability problem and stated my intention to repair. Landlord did not fix the problem within 14 days after my notice.

6 of Exhibit 3

☐ Landlord's seven-day notice to me did not comply with Nevada law because it:
  ☐ Was not served on me as required by NRS 40.280;
  ☐ Did not identify the court that has jurisdiction over this case;
  ☐ Did not notify me of my right to contest this matter by filing an affidavit with the court;
  ☐ Did not notify me that the court may issue a summary order for my removal directing the sheriff or constable to post the order in a conspicuous place on the premises not later than 24 hours after the order is received by the sheriff or constable, and that the sheriff or constable shall remove the tenant not earlier than 24 hours but not later than 36 hours after the posting of the order;
  ☐ Did not notify me of my right to seek expedited relief if Landlord unlawfully removes or excludes me from the premises or interrupts an essential service.

☐ Landlord is discriminating against me in violation of the Federal Fair Housing Act and/or Nevada laws.

☐ Landlord is retaliating against me for having engaged in certain protected acts, and Landlord is in violation of NRS 118A.510.

☐ I am a tenant on property that has been foreclosed upon and sold. The new owner:
  ☐ Failed to serve me with the notice of change of ownership required by NRS 40.255(2);
  ☐ Is violating NRS 40.255 by failing or refusing to grant me an additional 60 days on the property;
  ☐ Is attempting to use the summary eviction procedure in violation of NRS 40.255(1), which requires the new owner to use the formal unlawful detainer procedure under NRS 40.290 to 40.420.

☒ Other defense *(explain below)*.

*(State the facts and circumstances that support the defenses you checked above:)*

Tenant has filed bankruptcy on 7/18/2019 and has added the landlord AHP REALATY LLC, As creditors. Which means this court dose not have jurisdiction this hear this matter. Please see notice of bankruptcy notice attached to tenants answerer.

THEREFORE, I request that Landlord take nothing requested in Landlord's Affidavit/Complaint.

*I understand that as long as the filing of this affidavit is timely, I will receive notice of my hearing by regular U.S. Mail.*

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

| 7/19/2019 | Parnell Colvin | *(Signature)* |
|---|---|---|
| (Date) | (Type or Print Name) | (Signature) |

United States Bankruptcy Court
District of Nevada

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 07/18/2019 at 3:33 PM and filed on 07/18/2019.

**PARNELL COLVIN, III**
6681 TARA AVE.
LAS VEGAS, NV 89146
SSN / ITIN: xxx-xx-0590



The bankruptcy trustee is:

**BRIAN D. SHAPIRO**
510 S. 8TH STREET
LAS VEGAS, NV 89101

19-14597-BTB

(702) 386-8600

The case was assigned case number 19-14597-btb to Judge BRUCE T. BEESLEY.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.nvb.uscourts.gov or at the Clerk's Office, 300 Las Vegas Blvd.. South, Las Vegas, NV 89101.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Mary A. Schott
Clerk, U.S. Bankruptcy
Court

8 of Exhibits

1  **PARNELL COLVIN**
   (Name)
2  **6681 TARA AVE**
   (Address)
3  **LAS VEGAS, NV 89146**
   (City, State, Zip)
4  (Telephone)
5  **PC681@YAHOO.COM**
   (E-Mail)
6  Defendant, *Pro Se*

7
8           JUSTICE COURT, TOWNSHIP OF **LAS VEGAS**
                    CLARK COUNTY, NEVADA
9  **AHP REAlity LLC**
10                                          )  Case No.: _____
                                            )  Dept. No.: _____
11           Plaintiff(s),                  )
12     vs.                                  )
   **PARNELL COLVIN**                       )
13  _____          )
14                                          )
             Defendant(s).                  )  Date of Hearing: N/A
15                                          )  Time of Hearing: N/A

16              **NOTICE OF BANKRUPTCY ACTION**
17     Defendant, **PARNELL COLVIN**_____, appearing *pro* se, hereby provides
18  notice of the following *(check the appropriate box below)*:

19     ☒ I have filed a *(check one)* ☒ Chapter 7/ ☐ Chapter 13 Bankruptcy Petition, case number
20     **19-14590**_____, in the U.S. Bankruptcy Court for the District of
21     Nevada on the **18** day of **July**_____, 20**19**. Attached hereto is
22     the Notice of Filing.

23     ☐ I had previously filed a Bankruptcy Petition, case number _____,
24        and that Petition has been dismissed, without discharge. Attached hereto is the
25        Notice of Dismissal.

26     ☐ I had previously filed a Bankruptcy Petition, case number _____,
27        and that Petition has resulted in a Discharge. Attached hereto is the Notice of
28        Discharge.

© Civil Law Self-Help Center            Page 1
   Clark County, Nevada

/ / /

☐ I had previously filed a Bankruptcy Petition, case number _____,
and the Bankruptcy court has issued a Lift of Automatic Stay to allow this action to
proceed. Attached hereto is the Order Granting Lift of Stay.

DATED this **19** day of **July**, 20**19**.

Per NRS 53.045, I declare under penalty of
perjury that the foregoing is true and correct.

_____ (signature)
_____ (print name)
Defendant, *Pro Se*

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing **NOTICE OF BANKRUPTCY ACTION** was made on *(insert date)* **July 19**, 20**19**, pursuant to JCRCP 5(b), by depositing a copy of the same in the United States Mail in Las Vegas, Nevada, postage prepaid, addressed as follows *(insert name and address of the opposing party's attorney, or opposing party if unrepresented)*:

**AHP REALITY LLC**
**6292 SPRING MOUNTAIN RD #105**
**LAS VEGAS NV 89146**

Per NRS 53.045, I declare under penalty of perjury that the foregoing is true and correct.

**July 19 2019**    **PARNELL COLVIN**    _____
*(Date)*            *(Type or print name)*    *(Signature)*

*Exhibit 4* (handwritten)

# JUSTICE COURT, LAS VEGAS TOWNSHIP
# CLARK COUNTY, NEVADA

FILED: 7/26/2019

JUSTICE COURT
LAS VEGAS NEVADA

SS

Qingwen Kong, Landlord(s)
vs.
Colvin Parnell, Monique Parnell, Tenant(s)

CASE NO: 19E017251
DEPT: JC Civil Evictions

## ORDER FOR SUMMARY EVICTION

The Court being fully advised and finding good cause therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Constable/Sheriff, not earlier than twenty-four (24) hours but not later than thirty-six (36) hours after the posting of the order, is hereby authorized to enter, using all necessary force as may be required, upon the permises know generally as:

**6681 Tara Ave.**
**Las Vegas, NV 89146**

Located in Las Vegas Township, Clark County, Nevada, and to summarily remove the Defendant/Tenant from the property, and Plaintiff/Landlord is hereby awarded the right of possession of the premises.

**THIS ORDER WILL EXPIRE 30 CALENDAR DAYS AFTER SIGNED BY THE COURT.**

Friday, July 26, 2019
DATE

*(signature)*
HEARING MASTER
DAVID BROWN

If this Order is not enforced within the applicable time period, a new Eviction Order must be obtained before the tenant(s) can be locked out.

| | |
|---|---|
| ALL OCCUPANTS: YOU AND ALL OF YOU ARE HEREBY ORDERED TO VACATE THIS PROPERTY AFTER RECEIPT OF THIS ORDER. THE CONSTABLE OF LAS VEGAS TOWNSHIP WILL RETURN TO THE PREMISES AND REMOVE YOU AND ALL OF YOU TO THE STREET PURSUANT TO THIS ORDER.<br><br>TENANT SHOULD REMOVE ANY AND ALL BELONGINGS PRIOR TO THE EVICTION DATE AND TIME. IF TENANT HAS NOT FULLY VACATED PRIOR TO LOCKOUT TENANT SHOULD PREPARE TO LEAVE WITH THEIR ESSENTIAL PERSONAL EFFECTS, INCLUDING, WITHOUT LIMITATION, MEDICATION, BABY FORMULA, BASIC CLOTHING AND PERSONAL CARE ITEMS. | **NOTICE**<br><br>Any animal left unsupervised will be impounded.<br>Animal Foundation<br>700 N Mojave Rd.  (702) 384-3333<br><br>**EVICTION WILL TAKE PLACE ON:**<br><br>JUL 3 0 2019 |

0700 (handwritten, circled)

**A. Longo P# 9583**

Exhibit 5

# JUSTICE COURT, LAS VEGAS TOWNSHIP
# CLARK COUNTY, NEVADA

|  |  |
|---|---|
| Qingwen Kong, Landlord(s) <br> vs. <br> Colvin Parnell, Monique Parnell, Tenant(s) | CASE #: __19E016541__ <br><br> JC Civil Evictions <br><br> NOTICE TO APPEAR |

YOU ARE HEREBY NOTICED TO APPEAR ON THE ABOVE CASE IN:

**JUSTICE COURT, LAS VEGAS TOWNSHIP**
**200 LEWIS AVE, LAS VEGAS, NV 89155**

| DATE: | TIME: | LOCATION: |
|---|---|---|
| August 07, 2019 | 1:00 PM | RJC Courtroom 1B |

**REFERENCE TO:** Eviction Tenant Answer - Seven Day Notice to Pay Rent or Quit

YOU ARE ENCOURAGED TO ARRIVE AT THE COURTHOUSE AT LEAST 30 MINUTES PRIOR TO YOUR SCHEDULED HEARING FAILURE TO APPEAR MAY RESULT IN THE COURT TAKING ACTION AGAINST YOU.

APPROPRIATE COURTROOM ATTIRE AND SHOES ARE REQUIRED. NO SHORTS, HALTER TOPS, TANK TOPS, FOOD OR DRINK ARE PERMITTED.

Colvin Parnell
6681 Tara Ave
Las Vegas NV 89146