```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS065461
Cashier ID: rtanker
Transaction Date: 08/15/2019
Payer Name: Parnell Colvin III

CIVIL FILING FEE
  For: Parnell Colvin III
  Amount:           $400.00

CHECK/MONEY ORDER
  Remitter: Parnell Colvin III
  Check/Money Order Num: 1046
  Amt Tendered:     $400.00

Total Due:          $400.00
Total Tendered:     $400.00
Change Amt:           $0.00

19cv1403

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```