Parnell Colvin III
6681 Tara Ave
Las Vegas, Nv 89146
(503) 490-6564

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        AUG 23 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Parnell Colvin III )<br>)<br>  Plaintiff, )<br>)<br>AHP REALITY LLC, & )<br>QINGWEN KONG )<br>_____ ) | Case No. 2.19-CV-01403-KJD-VCF<br><br>NOTICE OF REMOVAL OF<br>ACTION UNDER 28 U.S.C 1441<br><br>Complaint Filed August 15, 2019 |

TO: Clerk, Las Vegas Justice Court
County Of Clark
200 Lewis Ave
Las Vegas, Nv 89101

Parnell Colvin III
6681 Tara Ave
Las Vegas, Nv 89146

PLEASE TAKE NOTICE THAT PAINTIFF United States of America hereby removes Case No. 19E016541, Pending in Las Vegas Justice Court.

August 23, 2019

Parnell Colvin III
/s/ Parnell Colvin III