UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PARNELL COLVIN III,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AHP REALTY, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:19-cv-01403-KJD-VCF<br><br>**ORDER DISMISSING PLAINTIFF'S ACTION FOR WANT OF PROSECUTION** |

　　　Plaintiff filed his complaint on August 15, 2019. He has taken no action of record since February 18, 2020. On January 22, 2021, the Clerk of the Court filed a notice regarding intent to dismiss for want of prosecution pursuant to Local Rule 41-1 (ECF #9). Plaintiff was warned that failure to take action would result in his complaint being dismissed. Plaintiff failed to respond or take any action. Therefore, in accordance with Federal Rule of Civil Procedure 41(a) and Local Rule 41-1, and good cause being found, the Court dismisses this case for want of prosecution.

　　　Accordingly, IT IS HEREBY ORDERED that this action is **DISMISSED with prejudice** in accordance with Rule 41;

　　　IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendant and against Plaintiff.

Dated this 4th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　United States District Judge